*Rev. November 10, 2015*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET
## BEFORE THE HONORABLE KEA W. RIGGS

| CR No: | 24-1818 KWR | USA vs. | |
|---|---|---|---|
| **Date:** | 5/12/26 | Defendant: | DESMOND BEGAY |

| | | | |
|---|---|---|---|
| Time In/Out: | 9:02am-10:36am | Total Time in Court: | 1 hr 34 min |
| Clerk: | C. Bevel | Court Recording: | A. Lynch |
| AUSA: | Michael Pahl | Defendant's Counsel: | Aric Elsenheimer |
| Courtroom: | ABQ/Bonito | Probation: | Jon-Paul Barabe |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

| Convicted on: | Plea | As to: | Indictment | Counts: | 1 & 2 |
|---|---|---|---|---|---|
| Guilty Plea: | Accepted | Plea Agreement: | Accepted | | |

| Date of Plea/Verdict: | 1/5/2026 | PSR: | Not Disputed | ☒ Courts adopts PSR Findings | Evidentiary Hrg: | Not Needed |
|---|---|---|---|---|---|---|

Exceptions to PSR:

## SENTENCE IMPOSED

**IMPRISONMENT (BOP):** Counts 1 & 2: 57 months to run concurrently

☒ 500-Hour Drug Program ☐ BOP sex-offender treatment program Other:

**SUPERVISED RELEASE:** Counts 1 & 2: 3 years (concurrently) ☐ Mandatory/Standard Conditions

### SPECIAL CONDITIONS OF SUPERVISION

☒ Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. 37

☒ Parties have no objections to the conditions listed in Attachment A.

☒ Parties waive reading of conditions.

☒ Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the special conditions listed.

### MONETARY PENALTIES / FORFEITURES

| Fine: $ | -0- | Restitution: $ | 12,000.00 and to LE $5767.20 | SPA: $ | 200.00 | Due Immediately |
|---|---|---|---|---|---|---|

Forfeit rights title & interest to:

### OTHER

☒ Waived Appeal Rights per Plea Agreement ☒ Remanded

☒ Recommended place(s) of incarceration: FCI Safford, AZ

☐ Dismissed Counts:

### PROCEEDINGS

Court has reviewed pleadings, victims address the Court: Leon Enrike, Quintina Enrike, Elaine Begay, Natayla Enrike, Thomas House, Merchelle House. AUSA Pahl reads letter to Court. Court hears arguments as to why the Court should accept the plea agreement. Defendant addresses Court. Court orders money defendant has saved toward restitution shall be paid to LE first and reflected in the Judgment. Court will permit 30 days for payment toward restitution.